UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 16-cv-62900-BLOOM**

RESFL FIVE, LLC,

    Appellant,

v.

DELANOR ULYSSE and
ALOURDES ULYSSE,

    Appellees.
_____/

**ORDER REQUIRING
CERTIFICATES OF INTERESTED PARTIES**[1]

The parties, including governmental parties are directed to prepare and file on or before **December 19, 2016**, Certificates of Interested Parties and Corporate Disclosure Statements, which shall contain a complete list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of this action, the parties shall be under a continuing obligation to amend, correct and update the Certificates.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of December, 2016.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:    counsel of record

---

[1] The parties are not to include Judge Bloom or Judge Valle as an interested party unless they have an interest in the litigation.