UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 0:16-cv-62900-BB**

RES-FL FIVE, LLC

 Appellant,           USBC Case No. 15-25340-JKO

                  Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE,

 Appellees.
_____/

**CERTIFICATE OF INTERESTED PERSONS**

Secured Creditor, RES-FL FIVE, LLC (*"Appellant"*) pursuant to Fed. R. Bankr. P 8012, certifies as follows:

1. The Federal Deposit Insurance Corporation and Lennar Corp.(LEN) hold indirect interests in the Appellant.

Remainder of Page Intentionally Left Blank

2. To the best of Appellant's knowledge, the only interested parties are:

   a. Delanor Ulyssel

   b. Alourdes Ulysse

   c. RES-FL Five LLC

   d. Multibank 2009-1 RES-ADC Venture LLC

   e. Rialto Capital Advisors LLC

   f. Counsel to the parties.

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was delivered to counsel for the Appellees by delivery of notices of electronic filing.

                                                                     /s/ Lawrence E. Pecan
                                                       Lawrence E. Pecan, Esquire