UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-62900-BB

RES-FL FIVE, LLC

    Appellant,                                        USBC Case No. 15-25340-JKO

                                                Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE,

    Appellees.
_____/

**APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE INITIAL BRIEF**

**CERTIFICATE OF INTERESTED PERSONS**

Secured Creditor, RES-FL FIVE, LLC (*"Appellant"*) pursuant to Fed. R. Bankr. P 8012, certifies as follows:

1. The Federal Deposit Insurance Corporation and Lennar Corp.(LEN) hold indirect interests in the Appellant.

2. To the best of Appellant's knowledge, the only interested parties are:

    a. Delanor Ulysse

    b. Alourdes Ulysse

    c. RES-FL Five LLC

    d. Multibank 2009-1 RES-ADC Venture LLC

    e. Rialto Capital Advisors LLC

    f. Counsel to the parties.

**APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE INITIAL BRIEF**

Appellant, pursuant to Fed. R. Bankr.P. 8018(a), moves for a 7 day extension of time to file its initial brief, and would show the Court as follows:

1. A Notice of Appeal was timely filed on December 6, 2016 in the above-captioned Bankruptcy Court case.

2. On December 9, 2016, the Notice of Appeal was transmitted to the District Court, thereby opening the instant case number.

3. On December 12, 2016, Transcript Request Forms were filed in the Bankruptcy Court pursuant to the Local Rules and Rule 8010(a)(2) as docket numbers 83 and 84 in the Bankruptcy Court.

4. After entering a transmittal certification in error, on December 23, 2016, the Bankruptcy Court Clerk entered a Notice of Docketing Record on Appeal (the ***"Docketing Notice"***).

5. Technically speaking, the Docketing Notice was erroneously entered early. Rule 8010(b)(1) provides, in pertinent part, that "[s]ubject to Rule 8009(f) and subdivision (b)(5) of this rule, *when the record is complete*, the bankruptcy clerk must transmit to the clerk of the court where the appeal is pending either the record or a notice that the record is available electronically." (emphasis added)

6. Because of this, this Court previously granted a 30-day extension, which expires today. *See ECF No. 8.* Because the transcript redaction deadline only passed yesterday, the record could not have been transmitted until today, February 22, 2017. Undersigned counsel contacted the clerk of the Bankruptcy Court as to why the record had not yet been transmitted.

Undersigned was advised by the clerk that it would be transferred tomorrow, February 23, 2017.

7. As mentioned before, pursuant to Rule 8018(a)(1), normally the Appellant would have 30 days from the date the record is ultimately transmitted to file its brief. Because the Appellant has already had access to the transcripts and the docket, the brief is complete.

8. The brief, however, is missing record citations which cannot be accomplished until the record is actually transmitted. Accordingly, in an abundance of caution, Appellant requests an additional seven days to file and serve its brief, through and including March 1, 2017. The Appellant will not require further extension so long as the record is docketed by week's end.

9. Undersigned Counsel certifies that he previously conferred with counsel for the appellee about the general need for extension related to the record, and counsel for the appellee had no objection, so long as such extensions were granted reciprocally. Undersigned counsel was unable to reach counsel for the appellee prior to the filing of this motion to determine any specific objection to the relief requested herein. Based on prior conversations, undersigned counsel sincerely believes counsel for the appellee would have no objection.

WHEREFORE, Appellant requests the deadline for it to file its brief be extended through and including March 1, 2017 and that the Court grant such other and further relief as is just and appropriate.

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was delivered to counsel for the Appellees by delivery of notices of electronic filing.

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire

EXHIBIT A
PROPOSED ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 0:16-cv-62900-BB**

RES-FL FIVE, LLC

     Appellant,                                     USBC Case No. 15-25340-JKO

                                                          Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE,

     Appellees.
_____/

**ORDER GRANTING**
**APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE INITIAL BRIEF**

This Matter having come before the Court upon Appellant's Second Motion to Extend Time to File Initial Brief, and the Court, having reviewed the motion and the case file, determines good cause appears to grant the motion. Accordingly it is **DONE AND ORDERED**

1. The motion is **GRANTED**.

2. Appellant shall file its brief by March 1, 2017.

                                                                                         _____
                                                                              **BETH BLOOM**
                                                                              **UNITED STATES DISTRICT JUDGE**