**APPEAL**

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
## Bankruptcy Petition #: 15-25340-JKO

|  |  |
|---|---|
| *Assigned to:* John K Olson | *Date filed:* 08/25/2015 |
| Chapter 13 | *Plan confirmed:* 11/22/2016 |
| Voluntary | *341 meeting:* 10/19/2015 |
| Asset | *Deadline for filing claims:* 01/19/2016 |
|  | *Deadline for filing claims (govt.):* 02/22/2016 |

*Debtor*
**Delanor Ulysse**
2081 NW 86th Ter
Coral Springs, FL 33071-6169
BROWARD-FL
SSN / ITIN: xxx-xx-3815

represented by **Chad T Van Horn**
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
954-765-3166
Fax : 954-756-7103
Email: Chad@cvhlawgroup.com

*Joint Debtor*
**Alourdes Ulysse**
2081 NW 86th Ter
Coral Springs, FL 33071-6169
BROWARD-FL
SSN / ITIN: xxx-xx-6238

represented by **Chad T Van Horn**
(See above for address)

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 08/25/2015 | 1 (33 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Van Horn, Chad) (Entered: 08/25/2015) |

| | | |
|---|---|---|
| 08/25/2015 | | Receipt of Voluntary Petition (Chapter 13)(15-25340) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 25415469. Fee amount 310.00. (U.S. Treasury) (Entered: 08/25/2015) |
| 08/25/2015 | [2](#) (1 pg) | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 08/25/2015 | [3](#) (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for for 5 Years Form 22C-1. Disposable Income Is Determined Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 08/25/2015 | [4](#) (8 pgs) | Chapter 13 Calculation of Your Disposable Income Form 22C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 08/25/2015 | [5](#) (1 pg) | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney Chad T Van Horn (Re: [1](#) Voluntary Petition (Chapter 13) filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, [2](#) Statement of Debtor(s) Social Security Number(s) filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, [3](#) Chapter 13 Statement of Current Monthly Income filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, [4](#) Calculation of Your Disposable Income Form 22C-2 filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse). (Van Horn, Chad) (Entered: 08/25/2015) |
| 08/25/2015 | [6](#) (1 pg) | Disclosure of Compensation by Attorney Chad T Van Horn. (Van Horn, Chad) (Entered: 08/25/2015) |
| 08/25/2015 | [7](#) (2 pgs) | Certification of Budget and Credit Counseling Course by Debtor and Joint Debtor Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| | [8](#) | Payment Advices by Debtor and Joint Debtor Filed |

| | | |
|---|---|---|
| 08/25/2015 | (7 pgs) | by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 08/25/2015) |
| 08/26/2015 | 9<br>(1 pg) | Notice of Incomplete Filings Due. Chapter 13 Plan due by 9/8/2015. [Incomplete Filings due by 9/8/2015]. (Shafron, Judy) (Entered: 08/26/2015) |
| 08/28/2015 | 10<br>(2 pgs) | BNC Certificate of Mailing (Re: 9 Notice of Incomplete Filings Due. Chapter 13 Plan due by 9/8/2015. [Incomplete Filings due by 9/8/2015].) Notice Date 08/28/2015. (Admin.) (Entered: 08/29/2015) |
| 08/31/2015 | 11<br>(1 pg) | Request for Notice Filed by Creditor Capital One Auto Finance. (Ascension Capital Group Inc (Garza)) (Entered: 08/31/2015) |
| 09/09/2015 | 12<br>(1 pg) | Chapter 13 Plan Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 09/09/2015) |
| 09/10/2015 | 13<br>(5 pgs; 2 docs) | Meeting of Creditors to be Held on 10/19/2015 at 01:30 PM at 299 E Broward Blvd Room 411, Fort Lauderdale. Proofs of Claim due by 1/19/2016. Last Day to Oppose Discharge or Dischargeability is 12/18/2015. Objection to Confirmation Deadline: 10/19/2015. Confirmation Hearing to be Held on 12/7/2015 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Shafron, Judy) (Entered: 09/10/2015) |
| 09/12/2015 | 14<br>(6 pgs) | BNC Certificate of Mailing (Re: 13 Meeting of Creditors to be Held on 10/19/2015 at 01:30 PM at 299 E Broward Blvd Room 411, Fort Lauderdale. Proofs of Claim due by 1/19/2016. Last Day to Oppose Discharge or Dischargeability is 12/18/2015. Objection to Confirmation Deadline: 10/19/2015. Confirmation Hearing to be Held on 12/7/2015 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL.) Notice Date 09/12/2015. (Admin.) (Entered: 09/13/2015) |
| | 15<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (Re: 13 Meeting of Creditors to be Held on 10/19/2015 at 01:30 PM at 299 E Broward Blvd Room 411, Fort Lauderdale. Proofs of Claim due by 1/19/2016. Last |

| | | |
|---|---|---|
| 09/12/2015 | | Day to Oppose Discharge or Dischargeability is 12/18/2015. Objection to Confirmation Deadline: 10/19/2015. Confirmation Hearing to be Held on 12/7/2015 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL.) Notice Date 09/12/2015. (Admin.) (Entered: 09/13/2015) |
| 10/19/2015 | 16 (1 pg) | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 10/19/2015) |
| 10/26/2015 | 17 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 10/26/2015) |
| 10/28/2015 | 18 (2 pgs) | BNC Certificate of Mailing (Re: 17 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 10/28/2015. (Admin.) (Entered: 10/29/2015) |
| 11/17/2015 | 19 (2 pgs) | Objection to Debtor's Claim of Exemptions Filed by Trustee Robin R Weiner. (Weiner, Robin) (Entered: 11/17/2015) |
| 11/17/2015 | 20 (1 pg) | Notice of Hearing by Filer (Re: 19 Objection to Debtor's Claim of Exemptions Filed by Trustee Robin R Weiner.). Chapter 13 Hearing scheduled for 12/07/2015 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 11/17/2015) |
| 11/23/2015 | 21 (2 pgs) | Notice of Appearance and Request for Service by Scott C Lewis Filed by Creditor Wells Fargo Bank, N.A. (Lewis, Scott) (Entered: 11/23/2015) |
| 12/03/2015 | 22 (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management for Debtor Delanor Ulysse Provided by Sage Personal Finance, 1-800-516-2759. (Entered: 12/03/2015) |
| 12/03/2015 | 23 (1 pg) | Certification of Completion of Instructional Course Concerning Personal Financial Management for Joint Debtor Alourdes Ulysse Provided by Sage Personal Finance, 1-800-516-2759. (Entered: 12/03/2015) |
| | | |

| | | |
|---|---|---|
| 12/04/2015 | 24 (7 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule C,] Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Attachments: # 1 Local Form 4) (Van Horn, Chad) (Entered: 12/04/2015) |
| 12/04/2015 | 25 (3 pgs) | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Not Determined Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 12/04/2015) |
| 12/04/2015 | 26 (8 pgs) | Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 12/04/2015) |
| 12/08/2015 | 27 | The information required by 11 U.S.C. Sec. 521(a)(1) as provided by the debtor(s) in this case is complete to the satisfaction of the trustee. No creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. Sec. 521(i)(2) and the trustee does not believe that this case is subject to automatic dismissal pursuant to 11 U.S.C. Sec. 521(i). (Weiner, Robin) (Entered: 12/08/2015) |
| 12/08/2015 | 28 (1 pg) | First Amended Chapter 13 Plan (Re:12 Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 12/08/2015) |
| 12/08/2015 | 29 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 28 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 01/04/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 12/08/2015) |
| 12/09/2015 | 30 (2 pgs) | Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin) (Entered: 12/09/2015) |

| | | |
|---|---|---|
| 12/11/2015 | 31 (3 pgs) | BNC Certificate of Mailing (Re: 30 Order Determining Debtor's Compliance with Filing Requirements of Section 521(a)(1). Deadline for any creditor or other party in interest to contest the court's finding shall file an objection not later 21 days from the date of entry of this order (admin)) Notice Date 12/11/2015. (Admin.) (Entered: 12/12/2015) |
| 12/15/2015 | 32 (7 pgs; 3 docs) | Objection to Confirmation of (28 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC (Attachments: # 1 Exhibit A - Judgment # 2 Exhibit B -JLC)(Pecan, Lawrence) (Entered: 12/15/2015) |
| 12/18/2015 | 33 (1 pg) | Notice to Withdraw Document Filed by Trustee Robin R Weiner (Re: 19 Objection to Debtor's Claim of Exemptions). (Weiner, Robin) (Entered: 12/18/2015) |
| 01/06/2016 | 34 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 28 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 02/01/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 01/06/2016) |
| 01/13/2016 | 35 (7 pgs; 2 docs) | Motion to Compel *and for Sanctions Against Debtors and Debtors' Counsel* Filed by Creditor RES-FL FIVE, LLC. (Attachments: # 1 Exhibit A) (Pecan, Lawrence) (Entered: 01/13/2016) |
| 01/13/2016 | 36 (1 pg) | Notice of Hearing by Filer (Re: 35 Motion to Compel *and for Sanctions Against Debtors and Debtors' Counsel* Filed by Creditor RES-FL FIVE, LLC. (Attachments: # 1 Exhibit A)). Chapter 13 Hearing scheduled for 02/01/2016 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Pecan, Lawrence) (Entered: 01/13/2016) |
| 01/13/2016 | 37 (2 pgs) | Certificate of Service by Attorney Lawrence E Pecan (Re: 35 Motion to Compel *and for Sanctions Against Debtors and Debtors' Counsel* filed by Creditor RES-FL FIVE, LLC, 36 Notice of Hearing by Filer filed by Creditor RES-FL FIVE, LLC). (Pecan, Lawrence) (Entered: 01/13/2016) |

| | | |
|---|---|---|
| 01/21/2016 | [38](#) (2 pgs) | Notice of Appearance and Request for Service by Barry Seth Turner Esq. Filed by Creditor RES-FL FIVE, LLC. (Turner, Barry) (Entered: 01/21/2016) |
| 01/27/2016 | [39](#) (2 pgs) | Notice to Withdraw Document Filed by Creditor RES-FL FIVE, LLC (Re: 35 Motion to Compel). (Turner, Barry) (Entered: 01/27/2016) |
| 01/29/2016 | [40](#) (1 pg) | Second Amended Chapter 13 Plan (Re:28 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 01/29/2016) |
| 01/29/2016 | [41](#) (3 pgs) | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 01/29/2016) |
| 01/29/2016 | [42](#) (8 pgs) | Amended Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad) (Entered: 01/29/2016) |
| 02/03/2016 | [43](#) (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 40 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 03/07/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 02/03/2016) |
| 02/16/2016 | [44](#) (19 pgs) | Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC (Turner, Barry) (Entered: 02/16/2016) |
| 02/16/2016 | [45](#) (6 pgs) | Notice of Taking Rule 2004 Examination Duces Tecum of Delanor Ulysse and Alourdes Ulysse on March 4, 2016 at 2:00 p.m. Filed by Creditor RES-FL FIVE, LLC. (Turner, Barry) (Entered: 02/16/2016) |
| | [46](#) (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 40 Amended Chapter 13 Plan). Confirmation Hearing to be Held on |

| | | |
|---|---|---|
| 03/08/2016 | | 04/04/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 03/08/2016) |
| 04/05/2016 | 47 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 40 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 05/02/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 04/05/2016) |
| 04/15/2016 | 48 (1 pg) | Notice of Continued Hearing (Re: 42 Amended Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse. (Van Horn, Chad), 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC) Chapter 13 Hearing scheduled for 04/26/2016 at 01:30 PM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Romero, Christina) (Entered: 04/15/2016) |
| 04/21/2016 | 49 (2 pgs) | Certificate of Service by Attorney Barry Seth Turner Esq. (Re: 48 Notice of Hearing Amended/Renoticed/Continued). (Turner, Barry) (Entered: 04/21/2016) |
| 04/25/2016 | 50 (4 pgs) | Response to (44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 04/25/2016) |
| 05/03/2016 | 51 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 40 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 06/06/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 05/03/2016) |
| 05/12/2016 | 52 (7 pgs) | Second Notice of Taking Rule 2004 Examination Duces Tecum of Delanor Ulysse and Alourdes Ulysse on June 12, 2016 at 2:00 p.m. Filed by Creditor RES-FL FIVE, LLC. (Turner, Barry) (Entered: 05/12/2016) |
| | | |

| | | |
|---|---|---|
| 05/13/2016 | 🔘 53 (3 pgs) | Certificate of Service Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Re: 51 Notice of Continued Confirmation Hearing filed by Trustee Robin R Weiner). (Van Horn, Chad) (Entered: 05/13/2016) |
| 06/02/2016 | 🔘 54 (3 pgs) | Order Overruling Res-FL Five, LLC's Objection. Re: (Re: 44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC). (Shafron, Judy) (Entered: 06/02/2016) |
| 06/04/2016 | 🔘 55 (5 pgs) | BNC Certificate of Mailing - PDF Document (Re: 54 Order Overruling Res-FL Five, LLC's Objection. Re: (Re: 44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC).) Notice Date 06/04/2016. (Admin.) (Entered: 06/05/2016) |
| 06/07/2016 | 🔘 56 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 40 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 07/06/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 06/07/2016) |
| 06/23/2016 | 🔘 57 (3 pgs) | Certificate of Service Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Re: 56 Notice of Continued Confirmation Hearing filed by Trustee Robin R Weiner). (Van Horn, Chad) (Entered: 06/23/2016) |
| 06/30/2016 | 🔘 58 (1 pg) | Third Amended Chapter 13 Plan (Re:40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad) (Entered: 06/30/2016) |
| 06/30/2016 | 🔘 59 (1 pg) | Notice to Withdraw Document Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Re: 58 Amended Chapter 13 Plan). (Van Horn, Chad) (Entered: 06/30/2016) |
| | 🔘 60 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 58 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 08/01/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. |

| | | |
|---|---|---|
| 07/08/2016 | | (Weiner, Robin) (Entered: 07/08/2016) |
| 07/15/2016 | 61 (1 pg) | Notice of Continued Hearing (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC, 50 Response to (44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad)) Chapter 13 Hearing scheduled for 08/03/2016 at 01:30 PM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Romero, Christina) (Entered: 07/15/2016) |
| 07/28/2016 | 62 (14 pgs) | Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC (Turner, Barry) (Entered: 07/28/2016) |
| 08/02/2016 | 63 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 58 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 09/07/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 08/02/2016) |
| 09/09/2016 | 64 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 58 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 10/05/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 09/09/2016) |
| 10/11/2016 | 65 (2 pgs) | Notice of Continued Confirmation Hearing Filed by Trustee Robin R Weiner (Re: 58 Amended Chapter 13 Plan). Confirmation Hearing to be Held on 11/07/2016 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL. (Weiner, Robin) (Entered: 10/11/2016) |
| 11/03/2016 | 66 (6 pgs) | Order Overruling (Re: 62 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC). (Grooms, Desiree) (Entered: 11/03/2016) |
| | 67 (7 pgs) | BNC Certificate of Mailing - PDF Document (Re: 66 Order Overruling (Re: 62 Objection to Confirmation |

| Date | Doc # | Description |
|---|---|---|
| 11/05/2016 | | of Plan filed by Creditor RES-FL FIVE, LLC).) Notice Date 11/05/2016. (Admin.) (Entered: 11/06/2016) |
| 11/21/2016 | 68 | Trustee's Request for Entry of Order Confirming Chapter 13 Second Amended Plan After Confirmation Hearing [Confirmation Hearing Date: 11/7/2016] (Weiner, Robin) (Entered: 11/21/2016) |
| 11/22/2016 | 69 (3 pgs) | Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ). (Grooms, Desiree) (Entered: 11/22/2016) |
| 11/24/2016 | 70 (5 pgs) | BNC Certificate of Mailing (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).) Notice Date 11/24/2016. (Admin.) (Entered: 11/25/2016) |
| 12/06/2016 | 71 (2 pgs) | Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016. (Entered: 12/06/2016) |
| 12/06/2016 | | Receipt of Notice of Appeal(15-25340-JKO) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number 28806735. Fee amount 298.00. (U.S. Treasury) (Entered: 12/06/2016) |
| 12/08/2016 | 72 (5 pgs) | Statement of Issues on Appeal Filed by Creditor RES-FL FIVE, LLC Re: 71 Notice of Appeal. (Pecan, Lawrence) (Entered: 12/08/2016) |
| 12/08/2016 | 73 (5 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues Filed by Creditor RES-FL FIVE, LLC (Re: 71 Notice of Appeal filed by Creditor RES-FL FIVE, LLC). Designation of Appellee due within 14 days after the service of Appeal Designation and Statement of Issues. (Pecan, Lawrence) Appellee designation due 12/22/2016. (Entered: 12/08/2016) |

| | | |
|---|---|---|
| 12/09/2016 | 74<br>(9 pgs; 2 docs) | Clerk's Notice of Mailing of (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) (Entered: 12/09/2016) |
| 12/09/2016 | 75<br>(1 pg) | ***ENTERED IN ERROR; SEE REPLACEMENT EVENT 77***Certification of Transmittal of Proceeding to US District Court. (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) Modified on 12/9/2016 (Grooms, Desiree). (Entered: 12/09/2016) |
| 12/09/2016 | 76 | Notice of Corrective Entry (Re: 75 ***ENTERED IN ERROR; SEE REPLACEMENT EVENT 77***Certification of Transmittal of Proceeding to US District Court. (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) Modified on 12/9/2016 .) (Grooms, Desiree) (Entered: 12/09/2016) |
| 12/09/2016 | 77<br>(1 pg) | ***ENTERED IN ERROR; NO PDF*** SEE REPLACEMENT EVENT 78***Transmittal to US District Court (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) Modified on 12/9/2016 (Grooms, Desiree). (Entered: 12/09/2016) |
| | 78 | Transmittal to US District Court (Re: 71 Notice of |

| | | |
|---|---|---|
| 12/09/2016 | (1 pg) | Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) (Entered: 12/09/2016) |
| 12/09/2016 | 79 | Notice of Corrective Entry (Re: 77 ***ENTERED IN ERROR; NO PDF*** SEE REPLACEMENT EVENT 78***Transmittal to US District Court (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) Modified on 12/9/2016 .) (Grooms, Desiree) (Entered: 12/09/2016) |
| 12/09/2016 | 80 | ***ENTERED IN ERROR; SEE REPLACEMENT 85***Notice of Docketing Record. Civil Action Number: 16-62900 (Re: 78 Transmittal to US District Court (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.)) (Grooms, Desiree) Modified on 12/23/2016 (Grooms, Desiree). (Entered: 12/09/2016) |
| 12/11/2016 | 81 (5 pgs) | BNC Certificate of Mailing (Re: 74 Clerk's Notice of Mailing of (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.)) Notice Date 12/11/2016. (Admin.) (Entered: 12/12/2016) |
| | 82 (6 pgs) | BNC Certificate of Mailing - PDF Document (Re: 74 Clerk's Notice of Mailing of (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order |

| | | |
|---|---|---|
| 12/11/2016 | | Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.)) Notice Date 12/11/2016. (Admin.) (Entered: 12/12/2016) |
| 12/12/2016 | 83 (1 pg) | Transcript Request Form Re: 71 Notice of Appeal filed by Creditor RES-FL FIVE, LLC. Filed by Creditor RES-FL FIVE, LLC (Re: 71 Notice of Appeal filed by Creditor RES-FL FIVE, LLC). (Pecan, Lawrence) (Entered: 12/12/2016) |
| 12/12/2016 | 84 (1 pg) | Transcript Request Form Re: 71 Notice of Appeal filed by Creditor RES-FL FIVE, LLC. Filed by Creditor RES-FL FIVE, LLC (Re: 71 Notice of Appeal filed by Creditor RES-FL FIVE, LLC). (Pecan, Lawrence) (Entered: 12/12/2016) |
| 12/23/2016 | 85 | Notice of U.S. District Court Case Assignment. Case Number: 16-62900-BB (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.) (Grooms, Desiree) (Entered: 12/23/2016) |
| 12/23/2016 | 86 | Notice of Corrective Entry (Re: 80 ***ENTERED IN ERROR; SEE REPLACEMENT 85***Notice of Docketing Record. Civil Action Number: 16-62900 (Re: 78 Transmittal to US District Court (Re: 71 Notice of Appeal and Election to Appeal To District Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.)) (Grooms, Desiree) Modified on 12/23/2016 .) (Grooms, Desiree) (Entered: 12/23/2016) |
| | 87 | Request for Transcript by Lawrence Pecan, Esq. Re: 71 Notice of Appeal. Pursuant to FRBP 8009 and 8010, Transcriber acknowledges receipt of request on: 12/21/2016. Completion Date: 1/27/2017. (Re: 71 Notice of Appeal and Election to Appeal To District |

| | | |
|---|---|---|
| 01/26/2017 | | Court Filed by Creditor RES-FL FIVE, LLC (Re: 69 Order Confirming (Re: 40 Second Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse, ).). [Fee Amount $298] (Pecan, Lawrence) Appellant Designation due 12/20/2016.). (Ouellette and Mauldin) (Entered: 01/26/2017) |
| 01/31/2017 | 88 (7 pgs) | Transcript of 4/26/2016 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC). Redaction Request Due By 02/7/2017. Statement of Personal Data Identifier Redaction Request Due by 02/21/2017. Redacted Transcript Due by 03/3/2017. Transcript access will be restricted through 05/1/2017. (Ouellette and Mauldin) (Entered: 01/31/2017) |
| 01/31/2017 | 89 (19 pgs) | Transcript of 8/3/2016 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC, 50 Response to (44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad), 62 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC). Redaction Request Due By 02/7/2017. Statement of Personal Data Identifier Redaction Request Due by 02/21/2017. Redacted Transcript Due by 03/3/2017. Transcript access will be restricted through 05/1/2017. (Ouellette and Mauldin) (Entered: 01/31/2017) |
| | 90 (1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 88 Transcript of 4/26/2016 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC). Redaction Request Due By 02/7/2017. Statement of |

| | | |
|---|---|---|
| 02/01/2017 | | Personal Data Identifier Redaction Request Due by 02/21/2017. Redacted Transcript Due by 03/3/2017. Transcript access will be restricted through 05/1/2017. (Ouellette and Mauldin)) Redaction Request Due By 2/7/2017. Statement of Personal Data Identifier Redaction Request Due by 2/21/2017. Redacted Transcript Due by 3/3/2017. Transcript access will be restricted through 5/1/2017. (Grooms, Desiree) (Entered: 02/01/2017) |
| 02/01/2017 | 91 (1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: 89 Transcript of 8/3/2016 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC, 50 Response to (44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad), 62 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC). Redaction Request Due By 02/7/2017. Statement of Personal Data Identifier Redaction Request Due by 02/21/2017. Redacted Transcript Due by 03/3/2017. Transcript access will be restricted through 05/1/2017. (Ouellette and Mauldin)) Redaction Request Due By 2/7/2017. Statement of Personal Data Identifier Redaction Request Due by 2/21/2017. Redacted Transcript Due by 3/3/2017. Transcript access will be restricted through 5/1/2017. (Grooms, Desiree) (Entered: 02/01/2017) |
| | 92 (1 pg) | Transmittal to US District Court (Re: 73 Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of Issues Filed by Creditor RES-FL FIVE, LLC (Re: 71 Notice of Appeal filed by Creditor RES-FL FIVE, LLC). Designation of Appellee due within 14 days after the service of Appeal Designation and Statement of Issues. (Pecan, Lawrence) Appellee designation due 12/22/2016., 88 Transcript of 4/26/2016 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor |

| | | |
|---|---|---|
| 02/23/2017 | | Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC). Redaction Request Due By 02/7/2017. Statement of Personal Data Identifier Redaction Request Due by 02/21/2017. Redacted Transcript Due by 03/3/2017. Transcript access will be restricted through 05/1/2017. (Ouellette and Mauldin), 89 Transcript of 8/3/2016 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: 44 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC, 50 Response to (44 Objection to Confirmation of Plan filed by Creditor RES-FL FIVE, LLC) Filed by Joint Debtor Alourdes Ulysse, Debtor Delanor Ulysse (Van Horn, Chad), 62 Objection to Confirmation of (40 Amended Chapter 13 Plan filed by Debtor Delanor Ulysse, Joint Debtor Alourdes Ulysse) Filed by Creditor RES-FL FIVE, LLC). Redaction Request Due By 02/7/2017. Statement of Personal Data Identifier Redaction Request Due by 02/21/2017. Redacted Transcript Due by 03/3/2017. Transcript access will be restricted through 05/1/2017. (Ouellette and Mauldin)) (Grzeskiewicz, Lisa) (Entered: 02/23/2017) |