Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:    CASE NO. 15-25340-JKO

DELANOR AND ALOURDES ULYSSE,

　　Debtors.
_____/

ECF #44

April 26, 2016

The above-entitled cause came on for hearing before the Honorable JOHN K. OLSON, one of the Judges in the UNITED STATES BANKRUPTCY COURT, in and for the SOUTHERN DISTRICT OF FLORIDA, at 299 E. Broward Blvd., Fort Lauderdale, Broward County, Florida on April 26, 2016, commencing at or about 1:30 p.m., and the following proceedings were had.

Transcribed from a digital recording by:
Cheryl L. Jenkins, RPR, RMR

```
 1
 2                    APPEARANCES:
 3
                TERRY SCHWARTZ, Esquire
 4              On behalf of the Debtors
 5
                JARED MADDOX, Esquire
 6           On behalf of RES-FL Five, LLC
 7
 8
                       ALSO PRESENT
 9
      ECRO - Electronic Court Reporting Operator
10
11                     - - - - - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|   |   |
|---|---|
| 1 | THE COURT: Delanor and Alourdes Ulysse. |
| 2 | MS. SCHWARTZ: Good afternoon, your Honor. |
| 3 | Terry Schwartz for the debtors. |
| 4 | MR. MADDOX: Your Honor, Jared Maddox on |
| 5 | behalf of creditor RES-FL Five, LLC. |
| 6 | THE COURT: Thank you, Mr. Maddox. |
| 7 | Ms. Schwartz. |
| 8 | MS. SCHWARTZ: Your Honor, the purpose of |
| 9 | the meeting this afternoon was to give the Court an update |
| 10 | as far as the status of this matter. |
| 11 | THE COURT: Okay. |
| 12 | MS. SCHWARTZ: We did attempt to make a |
| 13 | settlement, but unfortunately a settlement was not |
| 14 | reached. |
| 15 | After discussion with opposing counsel, I |
| 16 | would like to respectfully suggest to the Court that since |
| 17 | this is merely a legal argument, if we could both possibly |
| 18 | submit competing orders and leave it up to the Court to |
| 19 | decide. |
| 20 | I think that the facts themselves are the |
| 21 | facts, and they're uncontested facts. It's merely a legal |
| 22 | argument. |
| 23 | THE COURT: Mr. Maddox. |
| 24 | MR. MADDOX: Your Honor, we don't have any |
| 25 | problem with that. Our objection is based upon 401-K |

1   contributions, and we believe that is purely a legal
2   issue.  We do not dispute the facts underlying it.
3              THE COURT:  Right, and I've briefly read the
4   objection at ECF 44, and the response at ECF 50.  I
5   haven't read the underlying cases.
6              There is, I gather, a split of authority on
7   what constitutes, if not property of the estate, then what
8   constitutes deductions for voluntary retirement
9   contributions, and whether they should be taken into
10  account for purposes of assessing good faith or something
11  else, is that the direction that ---
12             MS. SCHWARTZ:  That is correct, your Honor.
13  Our office actually filed a response yesterday.  The
14  reason why it was first filed yesterday ---
15             THE COURT:  Well, it's at ECF 50, right?
16             MS. SCHWARTZ:  Yes, sir.
17             THE COURT:  Okay.
18             MS. SCHWARTZ:  If I may just add one
19  additional -- just to put the Court on notice.
20             THE COURT:  Okay.
21             MS. SCHWARTZ:  Opposing counsel is also
22  contending that certain expenses were not included within
23  the originally filed petition --
24             THE COURT:  Okay.
25             MS. SCHWARTZ:  -- such as medical insurance

1   and charitable contributions, which were, in fact, added
2   on to Schedule J and CMI.  Evidence of such has, in fact,
3   been supplied to opposing counsel, but I would be more
4   than happy to resupply them.
5              There also, there has been an agreement,
6   though, between the two that if the Court agrees that we
7   do upload competing orders, that I -- that the Court --
8   that the Court reserves the ruling on all other issues
9   other than the 401-K.
10             So I just didn't want that to come as a
11  shock to the Court when you see the orders, if we're
12  allowed to do so.
13             THE COURT:  Okay.  What I'll ask you to do,
14  instead of uploading them in the usual sense, is for both
15  of you to e-mail them to Mr. Brownell.  That way -- and if
16  you'd upload them -- there I used the word -- if you'd
17  send them to him in manipulable form so that I can use one
18  or the other as a basis for where I do the analysis, that
19  would be great.
20             MS. SCHWARTZ:  Any time certain?
21             THE COURT:  You tell me when you'd like to
22  do it.
23             MR. MADDOX:  I think 20 days would be fair.
24             THE COURT:  Okay.  Since we no longer count
25  in base 10, because it would be too convenient, how about

```
1   due on May 17th.
2                MS. SCHWARTZ:  Absolutely.
3                MR. MADDOX:  Certainly, your Honor.
4                THE COURT:  All right.
5                MS. SCHWARTZ:  And may I have permission to
6   contact your Chambers to obtain the e-mail address?
7                THE COURT:  You can get it right now from a
8   business card, and if you want to call Aaron, you can
9   certainly do that.
10               Competing orders by 5-17.  Okay.
11               MS. SCHWARTZ:  Thank you very much.
12               THE COURT:  Thank you.
13               MR. MADDOX:  Thank you, your Honor.
14
15
16
17               (Thereupon, the hearing was concluded.)
18
19
20
21
22
23
24
25
```

Page 7

```
 1
 2
 3                        CERTIFICATION
 4
 5    STATE OF FLORIDA      :
 6    COUNTY OF MIAMI-DADE  :
 7
 8              I, Cheryl L. Jenkins, RPR, RMR, Shorthand
 9    Reporter and Notary Public in and for the State of Florida
10    at Large, do hereby certify that the foregoing proceedings
11    were transcribed by me from a digital recording held on
12    the date and from the place as stated in the caption
13    hereto on Page 1 to the best of my ability.
14              WITNESS my hand this 1st day of January,
15    2017.
16
17
18              _____
19              CHERYL L. JENKINS, RPR, RMR
20         Court Reporter and Notary Public
          in and for the State of Florida at Large
21              Commission #FF064003
                December 27, 2017
22
23
24
25
```