UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Case No. 0:16-cv-62900-BB**

RES-FL FIVE, LLC

     Appellant,                                   USBC Case No. 15-25340-JKO

                                             Chapter 13

DELANOR ULYSSE, and
ALOURDES ULYSSE,

     Appellees.
_____/

**APPELLANT'S NOTICE OF 90 DAYS EXPIRING**

Appellant, pursuant to Local Rule 87.4(i), gives notice of 90 days expiring and states:

1.     A Notice of Appeal was timely filed on December 6, 2016 in the above-captioned Bankruptcy Court case.

2.     On December 9, 2016, the Notice of Appeal was transmitted to the District Court, thereby opening the instant case number.

3.     The time for the filing of any briefs has passed. The only brief filed was the Appellant's Initial Brief [ECF No. 15].

4.     More than 90 days has passed since the docketing of the appeal. The matter appears ripe for adjudication.

                                        Respectfully submitted,

                                        /s/ Lawrence E.  Pecan
                                        Lawrence E. Pecan, Esquire
                                        Florida Bar No. 99086
                                        In-House Counsel
                                        Rialto Capital
                                        790 NW 107 Avenue, Suite 400
                                        Miami, Florida 33172
                                        Lawrence.Pecan@rialtocapital.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was delivered to counsel for the Appellees by delivery of notices of electronic filing.

/s/ Lawrence E.  Pecan
Lawrence E. Pecan, Esquire